FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

May 12, 2021

11th Court Of Appeals Clerk
Sherry Williamson
P. O.  Box 271
Eastland, TX 76448
* Delivered Via E-Mail *

**Re:**  Bailey, Misty Rae
**CCA No.**  PD-0942-19          **COA No.** 11-18-00226-CR
**Trial Court Case No.**  B-17-0373-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:    Presiding Judge 161st District Court (Delivered Via E-Mail)
District Clerk Ector County (Delivered Via E-Mail)
State Prosecuting Attorney (Delivered Via E-Mail)
Misty Rae Bailey
District Attorney Ector County (Delivered Via E-Mail)